# ELECTRONIC RECORD

COA # 05-12-01504-CR          OFFENSE: 22.02

STYLE:   David Juarez v. The State of Texas     COUNTY: Dallas

COA DISPOSITION:     MODIFY          TRIAL COURT: 194th Judicial District Court

DATE: 10/30/2014          Publish: NO   TC CASE #:     F12-00872-M

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    David Juarez v. The State of Texas          CCA #: _____ 1544-14 _____

_____ PRO SE _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: _____ 04/15/2015 _____          SIGNED: _____     PC: _____

JUDGE: _____ Per Curiam _____          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**